affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HAROLD H. SMITH, an Infant, etc., by HOWARD C. SMITH, His Guardian ad Litem, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 6.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HOWARD C. SMITH, as Administrator, etc., of LOTTIE M. SMITH, Deceased, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 5.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HOWARD C. SMITH, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 7.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HOWARD C. SMITH, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 8.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

HOWARD C. SMITH, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 9.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JENNIE SMITH, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 10.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOSEPH SZECKUS, Respondent, v. OVERSEAS SHIPPING Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.

TONY TORANTO, Respondent, v. ARTHUR CARBONE, Appellant, Impleaded with ANNA FILATRO, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

CORDELIA TRECARTIN, an Infant, by FRANK H. TRECARTIN, Her Guardian ad Litem, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 1.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRANK H. TRECARTIN, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 2.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

MABEL FRANCES TRECARTIN, an Infant, by FRANK H. TRECARTIN, Her Guardian ad Litem, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 3.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

FRANK H. TRECARTIN, Respondent, v. CORA RIGGI, Appellant. (Appeal No. 4.) — Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

PATRICK WARD, Respondent, v. TURNER & BLANCHARD, INC., Appellant.— Judgment and order reversed upon the law and the facts, and a new trial granted, with costs to abide the event. The case was close on the question whether the accident was not caused by the negligent handling of the hogshead which injured plaintiff, by the plaintiff or his fellow-employees. The learned trial justice charged the jury that contributory negligence was not a bar to plaintiff's recovery,